```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 07593
   BRENDA A BROWN
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1790

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/26/2007 and was confirmed 07/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  57.00%.

     The case was dismissed after confirmation 03/19/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED NOT I    56.85           .00          56.85
OPTION ONE MORTGAGE        CURRENT MORTG      .00           .00            .00
OPTION ONE MORTGAGE        MORTGAGE ARRE      .00           .00            .00
OPTION ONE MORTGAGE        NOTICE ONLY    NOT FILED         .00            .00
OPTION ONE MORTGAGE CO     NOTICE ONLY    NOT FILED         .00            .00
OPTION ONE                 NOTICE ONLY    NOT FILED         .00            .00
WOODGATE CONDO ASSOCIATI   SECURED         3769.82          .00         950.04
WOODGATE CONDO ASSOCIATI   NOTICE ONLY    NOT FILED         .00            .00
WOODGATE CONDO ASSOCIATI   NOTICE ONLY    NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED        100.00          .00            .00
COMMONWEALTH EDISON        UNSECURED        515.08          .00            .00
DIRECTV                    UNSECURED      NOT FILED         .00            .00
EMPRESS CASINO JOLIET CO   UNSECURED       2989.71          .00            .00
EMPRESS CASINO HAMMOND C   NOTICE ONLY    NOT FILED         .00            .00
EXCEL                      UNSECURED      NOT FILED         .00            .00
FIRST AMERICAN BANK        UNSECURED      NOT FILED         .00            .00
FORD MOTOR CREDIT CO       UNSECURED      14119.30          .00            .00
FORD MOTOR CREDIT          NOTICE ONLY    NOT FILED         .00            .00
MAJESTIC STAR CASINO       UNSECURED      NOT FILED         .00            .00
MAJESTIC STAR CASINO       NOTICE ONLY    NOT FILED         .00            .00
MICHAEL HAMMEMEISTER       UNSECURED      NOT FILED         .00            .00
NICOR GAS                  UNSECURED       2227.25          .00            .00
NICOR GAS                  UNSECURED      NOT FILED         .00            .00
SPRINT COMMUNICATION       UNSECURED      NOT FILED         .00            .00
SULLIVAN URGENT AID CENT   UNSECURED      NOT FILED         .00            .00
SULLIVAN URGENT AID CENT   UNSECURED      NOT FILED         .00            .00
TURBO TITLE LOANS          UNSECURED       1529.42          .00            .00
TURBO TITLE LOANS          NOTICE ONLY    NOT FILED         .00            .00
VILLAGE OF MATTESON        UNSECURED        500.00          .00            .00
VILLAGE OF MATTESON        NOTICE ONLY    NOT FILED         .00            .00
VILLAGE OF MATTESON        UNSECURED      NOT FILED         .00            .00
WAL MART STORES INC        UNSECURED      NOT FILED         .00            .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 07593 BRENDA A BROWN

```
WALMART                    NOTICE ONLY    NOT FILED              .00              .00
ASSET ACCEPTANCE LLC       UNSECURED          561.09             .00              .00
MARIEAH BROWN              NOTICE ONLY    NOT FILED              .00              .00
WELLS FARGO BANK           NOTICE ONLY    NOT FILED              .00              .00
OPTION ONE MORTGAGE        SECURED NOT I   2396.72               .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1397.12             .00              .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT     354.00              .00           354.00
SULLIVAN URGENT AID CENT   UNSECURED      NOT FILED              .00              .00
JEFFERSON CAPITAL SYSTEM   NOTICE ONLY    NOT FILED              .00              .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     3,000.00                           2,309.32
TOM VAUGHN                 TRUSTEE                                              267.76
DEBTOR REFUND              REFUND                                                  .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             3,937.97

PRIORITY                                        354.00
SECURED                                       1,006.89
UNSECURED                                          .00
ADMINISTRATIVE                                2,309.32
TRUSTEE COMPENSATION                            267.76
DEBTOR REFUND                                      .00
                    ---------------         ---------------
TOTALS              3,937.97                  3,937.97
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 06/25/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 07593 BRENDA A BROWN